**Arley T. JONES–BEY, Plaintiff–Appellant,**

v.

**TATE DODGE CHRYSLER JEEP, INCORPORATED, Defendant–Appellee.**

No. 10–1479.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 18, 2010.

Decided: Nov. 24, 2010.

Arley T. Jones–Bey, Appellant Pro Se. David Bruce Stratton, Jordan, Coyne & Savits, Washington, D.C., for Appellee.

Before SHEDD and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Arley T. Jones–Bey appeals the district court's orders denying his civil action and Fed. R. Civ. P. 60(b) motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Jones–Bey v. Tate Dodge Chrysler Jeep, Inc.*, No. 1:08–cv–03440–BEL (D. Md. Mar. 12 & Apr. 13, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*